**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**COMPUTERUSER.com INC.,**

**Plaintiff,**

**v.**

**TECHNOLOGY PUBLICATIONS LLC, SEXIESTGEEKALIVE.COM, INC. A/K/A SEXIEST GEEK ALIVE LLC, AND DAVID RICHARDS,**

**Defendants.**

**Court File No. 02-CV-832 MJD/JGL**

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants, through their undersigned counsel, that Defendants be permitted an extension up to and including Monday, June 10, 2001, to file an Answer in the above-entitled action.

Dated: 5/20/02

**LAW OFFICE OF JOHN H. BUCY II**

By: [signature]
John H. Bucy II (TX I.D. No. 03311500)
701 Brazos, Suite 500
Austin, TX 78701
Telephone: (512) 334-6860
Facsimile: (512) 334-6862
Attorneys for Defendants Technology Publications LLC, Sexiestgeekalive.com, Inc. a/k/a Sexiest Geek Alive LLC, and David Richards

MAY [illegible]
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

331266v1

**PARSINEN KAPLAN ROSBERG & GOTLIEB, P.A.**

Dated: 5/8/02

By ____________________
Linda L. Holstein (MN ID No. 150836)
Peter V. Rother (MN ID No. 28273X)
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
Telephone: 612-333-2111
Facsimile: 612-333-6798
Attorneys for Plaintiffs ComputerUser.com Inc.

**ORDER**

Based upon the foregoing Stipulation, **IT IS HEREBY ORDERED** that Defendants are granted an extension up to and including June 10, 2002 to file an Answer in the above-entitled action.

BY THE COURT:

Dated: May 31, 2002

____________________
The Honorable Jonathan G. Lebedoff
United States District Court Magistrate Judge