**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ComputerUser.com, Inc., Civil File No. 02-832 (MJD/JGL)

Plaintiff,

v. **ORDER**

Technology Publications, LLC,
SexiestGeekAlive.com, Inc., a/k/a
Sexiest Geek Alive, LLC, and
David Richards,

Defendants.

---

This matter is before the Court on (1) Plaintiff's Motion for Preliminary Injunction, and (2) Defendants' Motion to Dismiss for lack of personal jurisdiction, or alternatively, for a change of venue. The Court has reviewed the memoranda of the parties and heard oral argument in this matter. Based on that review and all the files, records, and proceedings herein, the Court concludes that it has personal jurisdiction over each Defendant in this matter, a change of venue is not warranted, and a preliminary injunction is warranted. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss or alternatively for a change of venue (Clerk Doc. No. 14) is **DENIED**;

2. Plaintiff's Motion for Preliminary Injunction (Clerk Doc. No. 5) is **GRANTED**;

3. Defendants are enjoined from any use of the "ComputerUser" federally

FILED JUL 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

registered trademark;

4. Defendants are enjoined from engaging in any publication, advertisement, or promotion which may state or imply any association, connection, affiliation, sponsorship, origin, or approval of or by the publication, advertisement, or promotion of Plaintiff's ComputerUser.com, Inc. or Plaintiff's "ComputerUser" mark;

5. Defendants are enjoined from providing any World Wide Web link or connection of any kind, via the Internet, that purports to link or does in fact link Defendants with the "ComputerUser" mark or ComputerUser.com, Inc.;

6. Plaintiff shall post a bond with the Clerk of Court in the amount of $5,000 pending final resolution of this matter; and

7. Memorandum opinion to follow.

Dated: July 8, 2002

Michael J. Davis
United States District Court Judge