02-832 MJD/JGL

RECEIVED
JUL 10 2002
MJD CHAMBERS

Bond Number 97170

RECEIVED
02 JUL 10 PM 3:14
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

ComputerUser.com, Inc.,

Plaintiff,

v.

Technology Publications, LLC,
SexiestGeekAlive.com, Inc., a/k/a
Sexiest Geek Alive, LLC, and
David Richards,

Defendants.

**BOND FOR PRELIMINARY INJUNCTION**

KNOW ALL BY THESE PRESENTS, in consideration of the premium paid and the underwriting conditions agreed to, That we, ComputerUser.com, Inc., as Principal(s), and EMPIRE FIRE & MARINE INSURANCE COMPANY of Omaha, Nebraska, as Surety, are held and firmly bound unto Technology Publications, LLC, SexiestGeekAlive.com, Inc., a/k/a Sexiest Geek Alive, LLC, and David Richards in the above entitled action in the sum of ($5,000.00) five thousand Dollars, lawful money of the United States, to be paid unto the said Technology Publications, LLC, SexiestGeekAlive.com, Inc., a/k/a Sexiest Geek Alive, LLC, and David Richards heirs, executors, administrators or assigns, for which payment well and truly to be made, we jointly and severally bind ourselves, and each of our heirs, executors and administrators firmly by these presents.

That the undersigned will at all times indemnify the Surety and save it harmless from and against any and all claims, demands, judgments, liabilities, loss, damage, or expense of every kind and nature including court costs and attorneys fees, which it shall sustain or incur in consequence of it having executed said bond.

THE CONDITION OF THIS OBLIGATION is such, that whereas the above named ComputerUser.com, Inc. has duly applied for a Preliminary Injunction against said Technology Publications, LLC, SexiestGeekAlive.com, Inc., a/k/a Sexiest Geek Alive, LLC, and David Richards in this action according to the statute in such case provided.

NOW, THEREFORE, if the said ComputerUser.com, Inc. shall pay the said Technology Publications, LLC, SexiestGeekAlive.com, Inc., a/k/a Sexiest Geek Alive, LLC, and David Richards such damages as may be sustained by reason of said Preliminary Injunction if the Court finally decides that the said ComputerUser.com, Inc. is not entitled thereto, then this obligation shall be void; otherwise to remain in full force.

IN TESTIMONY WHEREOF, We have hereunto set our hands and seals this 10th day of July, 2002.

Signed, Sealed and Delivered in Presence of:

ComputerUser.com, Inc.

_[signature]_
Witness

BY: _[signature]_
Peter V. Rother, Attorney

Empire Fire & Marine Insurance Company

_[signature]_
Witness

BY: _[signature]_
Matthew W. Davies, Attorney-in-Fact

APPROVAL

Approved this 12th day of July, 2002

_[signature]_
Judge



FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

## ACKNOWLEDGMENT OF PRINCIPAL(S)

STATE OF Minnesota )
)ss.
COUNTY OF Washington )

BE IT KNOWN, that on the 10 day of July, 20 02, personally appeared before me, Peter V. Rother to me well known to be the person who executed the foregoing bond, and has acknowledged the same to be his own free act and deed, and that he executed the same for the uses and purposes therein expressed.

Peggy Lynn Hennagir
Notary Public

PEGGY LYNN HENNAGIR
NOTARY PUBLIC – MINNESOTA
MY COMMISSION EXPIRES 1-31-2007

## ACKNOWLEDGMENT OF SURETY

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

On this 10th day of July, 2002, before me personally appeared Matthew W. Davies to me personally known, who being sworn did say that he is the Attorney-In-Fact of the EMPIRE FIRE & MARINE INSURANCE COMPANY, that the seal affixed to the foregoing instrument is the corporate seal of that corporation, and that said instrument was executed on behalf of the corporation by authority of its Board of Directors; he acknowledged said instrument to be the free act and deed of said corporation.

PATRICIA J. ZASKE
Notary Public
Minnesota
My Commission Expires Jan. 31, 2007

Patricia J Zaske
Notary Public

THE PATRICK J. THOMAS AGENCY, Minneapolis & St. Paul, Minnesota. EM 07 86 12 01

# EMPIRE FIRE AND MARINE INSURANCE COMPANY

OMAHA, NEBRASKA

**POWER OF ATTORNEY**

## Know All Men by These Presents:

That this Power of Attorney is not valid or in effect unless attached to the bond which it authorizes executed, but may be detached by the approving officer if desired.

That EMPIRE FIRE AND MARINE INSURANCE COMPANY, a corporation duly organized under the laws of the State of Nebraska, and having its principal office in the City of Omaha, County of Douglas, State of Nebraska, does hereby make, constitute and appoint Richard H. Davies, Carolyn L. Davies, Matthew W. Davies and Jonathan S. Davies its true and lawful Attorney(s)-in-fact, to make, execute, sign, seal and deliver for and on its behalf as surety and as its act and deed any and all bonds and undertakings of suretyship.

**NOT EXCEEDING IN AMOUNT**

Seven Hundred and Fifty Thousand and No/100------------------------------------------------------------ Dollars ($ 750,000. ) and to bind EMPIRE FIRE AND MARINE INSURANCE COMPANY thereby as fully and to the same extent as if such bonds and undertakings and other writings obligatory in the nature thereof were signed by an Executive Officer of EMPIRE FIRE AND MARINE INSURANCE COMPANY and sealed and attested to by one other of such officers, and hereby ratifies and confirms all that its said Attorney(s)-in-fact may do in pursuance hereof.

This power of attorney is granted under and by authority of Article III, Section 3.1 of the By-Laws of the EMPIRE FIRE AND MARINE INSURANCE COMPANY and by Resolution of the Board of Directors duly adopted as follows:

"All bonds, policies, undertakings or other obligations of the corporation shall be executed in the corporate name of the Company by the Chairman of the Board, President, any Vice-President, Secretary, any Assistant Secretary, or Treasurer, or by such other officers as the Board of Directors may authorize. The Chairman of the Board, President, any Vice-President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings or other obligations of the corporation."

It is certified that the above is a true and exact copy.

In Witness Whereof, the EMPIRE FIRE AND MARINE INSURANCE COMPANY has caused these presents to be signed by its President, and its corporate seal to be hereto affixed, duly attested by its Secretary this 5th day of December, 2001.

Attest: EMPIRE FIRE AND MARINE INSURANCE COMPANY

John Kinsler Secretary John J. McCarthy President

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS)

On this 5th day of December, A.D. 2001, before me personally came John Kinsler to me known, who being by me duly sworn, did depose and say: that he resides in the County of Douglas, State of Nebraska; that he is the Secretary of the EMPIRE FIRE AND MARINE INSURANCE COMPANY, the corporation described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

Signed and sealed at the City of Omaha. Dated 5th day of December, 2001.

GENERAL NOTARY-State of Nebraska
PAUL A. MIHULKA
My Comm. Exp. March 10, 2004

Notary Public

**CERTIFICATE**

I, the undersigned, Secretary of the EMPIRE FIRE AND MARINE INSURANCE COMPANY, A Nebraska Corporation DO HEREBY CERTIFY that the foregoing and attached POWER OF ATTORNEY remains in full force and has not been revoked; and furthermore, that the Resolutions of the Board of Directors set forth in the Power of Attorney are now in force.

Signed and sealed at the City of Omaha. Dated the 10th day of July, 2002

John Kinsler Secretary

EM 40 10 (12-01)