UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ComputerUser.com, Inc.,

Plaintiff,

v.

Technology Publications, LLC,
Sexiest Geek Alive.com, Inc. a/k/a
Sexiest Geek Alive, LLC,
and David Richards,

Defendants.

Court File No. 02-832 MJD/JGL

**STIPULATION AND ORDER TO EXTEND TIME FOR SERVICE OF ANSWER**

WHEREAS Defendants' answer to Plaintiff's Complaint is now due on or before July 18, 2002; and, whereas the parties are attempting to resolve this matter, and, accordingly desire, through their counsel, to extend the time for Defendants to respond to the Complaint in this matter.

It is hereby stipulated and agreed by the parties through their counsel, that Defendants may have until and including August 2, 2002 to serve their response to Plaintiff's Complaint in this matter.

**ORDER**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that defendants shall respond to Plaintiff's Complaint on or before August 2, 2002.

Dated: July 17, 2002.

Chief Magistrate Judge Jonathan Lebedoff

7-18-02
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 7/17, 2002

PARSINEN KAPLAN ROSBERG
& GOTLIEB, P.A.

Peter V. Rother, Esq. (#28273X)
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402-1298
Phone: 612-333-2111

*Attorneys for Plaintiffs*

Dated: July 17, 2002

FLYNN, GASKINS & BENNETT, L.L.P.

William J. Tipping, Esq. (#170343)
333 South Seventh Street
Suite 2900
Minneapolis, MN 55402
Phone: 612-333-9500

*Attorneys for Defendants*

16168/stip-ordr extnd svc answ