RECEIVED
02 SEP 12 AM 11:15
CLERK U.S. DISTRICT COURT
MINNEAPOLIS, MN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**COMPUTERUSER.com INC.,**

**Plaintiff,**

**v.**

**TECHNOLOGY PUBLICATIONS LLC, SEXIESTGEEKALIVE.COM, INC. A/K/A SEXIEST GEEK ALIVE LLC, AND DAVID RICHARDS,**

**Defendants.**

**STIPULATION FOR PERMANENT INJUNCTION**

**Court File No. 02-CV-832 MJD/JGL**

---

**WHEREAS,** the entry of a Permanent Injunction is a condition of settlement between the parties in the above-entitled action,

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, by and through their respective counsel, that the Court in the above-entitled action may enter an Order for Permanent Injunction as follows:

1. Technology Publications LLC, SexiestGeekAlive.Com, Inc. a/k/a Sexiest Geek Alive LLC, and David Richards are hereby permanently enjoined from any use of the "ComputerUser" federally registered trademark;

2. Technology Publications LLC, SexiestGeekAlive.Com, Inc. a/k/a Sexiest Geek Alive LLC, and David Richards are hereby permanently enjoined from engaging in any publication, advertisement, or promotion which may state or imply any association, connection, affiliation, sponsorship, origin, or approval of or by the publication,

FILED 9-13-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

advertisement, or promotion of ComputerUser.com Inc. or the federally registered "ComputerUser" mark; and

3. Technology Publications LLC, SexiestGeekAlive.Com, Inc. a/k/a Sexiest Geek Alive LLC, and David Richards are hereby permanently enjoined from providing any World Wide Web link or connection of any kind, via the Internet, that purports to link or does in fact link Technology Publications LLC, SexiestGeekAlive.Com, Inc. a/k/a Sexiest Geek Alive LLC, and/or David Richards with the federally registered "ComputerUser" mark or ComputerUser.com Inc.

**FLYNN, GASKINS & BENNETT, LLP**

Dated: September 12, 02

William J. Tipping (MN I.D. No. 170343)
333 South Seventh Street
Suite 2900
Minneapolis, MN 55402
(612) 333-9500
Attorneys for Defendants Technology Publications LLC, SexiestGeekAlive.Com, Inc. a/k/a Sexiest Geek Alive LLC, and David Richards

**PARSINEN KAPLAN ROSBERG & GOTLIEB P.A.**

Dated: 9/12/02

By:
Linda L. Holstein (MN I.D. No. 0150836)
Peter V. Rother (MN I.D. No. 28273X)
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
(612) 333-2111
Attorneys for Plaintiff ComputerUser.com Inc.