**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**COMPUTERUSER.com INC.,**

**Plaintiff,**

**v.**

**TECHNOLOGY PUBLICATIONS LLC, SEXIESTGEEKALIVE.COM, INC. A/K/A SEXIEST GEEK ALIVE LLC, AND DAVID RICHARDS,**

**Defendants.**

**ORDER FOR PERMANENT INJUNCTION**

**Court File No. 02-CV-832 MJD/JGL**

---

**WHEREAS,** the parties entered into a Stipulation for Permanent Injunction dated September 12, 2002;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

1. Technology Publications LLC, SexiestGeekAlive.Com, Inc. a/k/a Sexiest Geek Alive LLC, and David Richards are hereby permanently enjoined from any use of the "ComputerUser" federally registered trademark;

2. Technology Publications LLC, SexiestGeekAlive.Com, Inc. a/k/a Sexiest Geek Alive LLC, and David Richards are hereby permanently enjoined from engaging in any publication, advertisement, or promotion which may state or imply any association, connection, affiliation, sponsorship, origin, or approval of or by the publication, advertisement, or promotion of ComputerUser.com Inc. or the federally registered "ComputerUser" mark; and

FILED 9-13-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Technology Publications LLC, SexiestGeekAlive.Com, Inc. a/k/a Sexiest Geek Alive LLC, and David Richards are hereby permanently enjoined from providing any World Wide Web link or connection of any kind, via the Internet, that purports to link or does in fact link Technology Publications LLC, SexiestGeekAlive.Com, Inc. a/k/a Sexiest Geek Alive LLC, and/or David Richards with the federally registered "ComputerUser" mark or ComputerUser.com Inc.

**BY THE COURT:**

Dated: Sept. 13, 2002

Michael J. Davis

Hon. Michael J. Davis
Judge of United States District Court
District of Minnesota