RECEIVED
02 SEP 12 AM 11:15
... COURT
MINNEAPOLIS, MN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**COMPUTERUSER.com INC.,**

**Plaintiff,**

**v.**

**TECHNOLOGY PUBLICATIONS LLC, SEXIESTGEEKALIVE.COM, INC. A/K/A SEXIEST GEEK ALIVE LLC, AND DAVID RICHARDS,**

**Defendants.**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**Court File No. 02-CV-832 MJD/JGL**

---

**WHEREAS,** the parties have executed a Confidential Settlement and Mutual General Release Agreement; and

**WHEREAS,** the parties have executed a Stipulation for Permanent Injunction; and

**WHEREAS,** the parties desire to dismiss the above-entitled action with prejudice;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, by and through their respective counsel, that the above-entitled action, including all claims and counterclaims, and excepting the terms of the Stipulation and Order for Permanent Injunction should be, and the same hereby is, dismissed with prejudice and without costs or any other relief to any party.

FILED 9-13-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: September 12-02

**FLYNN, GASKINS & BENNETT, LLP**

William J. Tipping (MN I.D. No. 170343)
333 South Seventh Street
Suite 2900
Minneapolis, MN 55402
(612) 333-9500

Attorneys for Defendants Technology Publications LLC, SexiestGeekAlive.Com, Inc. a/k/a Sexiest Geek Alive LLC, and David Richards

Dated: 9/12/02

**PARSINEN KAPLAN ROSBERG & GOTLIEB P.A.**

By:

Linda L. Holstein (MN I.D. No. 0150836)
Peter V. Rother (MN I.D. No. 28273X)
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
(612) 333-2111

Attorneys for Plaintiff ComputerUser.com Inc.