**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**COMPUTERUSER.com INC.,**

**Plaintiff,**

**v.**

**TECHNOLOGY PUBLICATIONS LLC, SEXIESTGEEKALIVE.COM, INC. A/K/A SEXIEST GEEK ALIVE LLC, AND DAVID RICHARDS,**

**Defendants.**

**ORDER FOR DISMISSAL WITH PREJUDICE**

**Court File No. 02-CV-832 MJD/JGL**

---

**WHEREAS,** the parties have executed a Stipulation (and Order) for Dismissal With Prejudice, dated September 12, 2002;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

1. That the above-entitled action, including all claims and counterclaims, and excepting the terms of the Stipulation and Order for Permanent Injunction shall be, and the same hereby is, dismissed with prejudice and without costs or any other relief to any party.

Dated: Sept. 13, 2002

**BY THE COURT:**

Michael J. Davis

Hon. Michael J. Davis
Judge of United States District Court
District of Minnesota, Fourth District

FILED 9-13-02
RICHARD D. SLETTEN CLERK
JUDGMENT ENTD
DEPUTY CLERK

340156v1